UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DE'ANDRE L. KENDRICK,

Plaintiff,

-against-

OPRAH WINFREY, ET AL.,

Defendants.

25 CIVIL 09038 (LLS)

**CIVIL JUDGMENT**

For the reasons stated in the August 19, 2026, Order, the Court dismisses this action as frivolous. See 28 U.S.C. § 1915(e)(2)(B) (i). Judgment entered dismissing this action for the reasons set forth in this order.

SO ORDERED.

Dated: August 21, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge