UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DE'ANDRE L. KENDRICK,

Plaintiff,

-against-

OPRAH WINFREY, et al.,

Defendants.

1:25-CV-9038 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

By order dated August 19, 2026, and entered on August 20, 2026 (ECF 20), and by judgment dated and entered on August 21, 2026 (ECF 21), the Court dismissed this *pro se* action *sua sponte* as frivolous, under 28 U.S.C. § 1915(e)(2)(B)(i), and denied all then-entered pending motions and requests, including ECF 7, 10, 11, 13, 14, 15, 16, 17, and 19. By order dated August 26, 2026, and entered on September 1, 2026 (ECF 25), the Court denied another of Plaintiff's motions received by the court on August 4, 2026, but not entered until August 21, 2026 (ECF 22).

On August 4, 2026, the court received yet another motion from Plaintiff, who appears *pro se* and is incarcerated, styled as a "motion for leave of order pursuant to Federal of Civil Procedure R(1), R(2), R(4), R(4.1), R(5) and R(5.1) as joinder pleadings" (ECF 24); this motion was not entered until August 27, 2026, after this action was dismissed. Because this action has

been dismissed as frivolous, however, there is no reason to grant this motion. The Court therefore denies this motion. The Court, thus, directs the Clerk of Court to terminate ECF 24.

SO ORDERED.

Dated: September 3, 2026
New York, New York

Louis L. Stanton

Louis L. Stanton
U.S.D.J.